1002

Fred B. DALZELL, Managing Owner of The Steamtug DALZELLACE, Libelant-Appellee, v. VALVOLINE OIL COMPANY, Respondent-Appellant.

No. 209.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Putney, Twombly & Hall, of New York City (Lemuel Skidmore, and Frederic R. Sanborn, both of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Eugene Underwood, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (—— F.Supp. ——) affirmed.

Fred B. DALZELL, Managing Owner of THE Steamtug JOHN J. TIMMINS, Libelant-Appellant, v. THE Steamtug NIAGARA, Her Engines, etc., New York Dock Railway, Claimant-Appellee.

No. 213.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Eugene Underwood, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Thomas Bullitt DIXON, Plaintiff-Appellant, v. AMERICAN TELEPHONE & TELEGRAPH COMPANY, Western Electric Company, and Electrical Research Products, Inc., Defendants-Appellees.

No. 99.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1937.

James J. Kennedy, Jr., of New York City (James J. Kennedy, of New York City, of counsel), for appellant.

Merrell E. Clark, Henry R. Ashton, and John McGlone, all of New York City, for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (12 F.Supp. 996), affirmed.

Bessie C. DURLAND, Executrix of the Estate of O. C. Durland, J. Welch Harriss, and Mrs. J. W. Harriss, Appellants, v. John D. BIGGS, Receiver of Commercial National Bank of High Point, North Carolina, Appellee.

No. 4060.

Circuit Court of Appeals, Fourth Circuit.

Oct. 19, 1936.

Frazier & Frazier and Brooks, McLendon & Holderness, all of Greensboro, N. C., and Roberson, Haworth & Reese, of High Point, N. C., for appellants.

R. M. Robinson and Shuping & Hampton, all of Greensboro, N. C., for appellee.

PER CURIAM.

Appeal dismissed at the cost of the appellants on stipulation of attorneys.